Marshall E. Home,™ Secured Party
Managing Partner
3051 W. Mexico St.
Tucson, Arizona 85746
520-392-6234 fax: 206-888-6775



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARSHALL EDWIN HOME ™<br>Dba INDEPENDENT RIGHTS PARTY et.al<br><br>Plaintiff(s<br><br>STATE OF ARIZONA,<br>Its agents and instrumentalities<br>UNITED STATES CORP.<br>Its agents and instrumentalities<br><br>and John and Jane Does<br><br>Defendant(s) | No. CIV-11-81 TUC FRZ<br><br>PLAINTIFF MARSHALL HOME ACCEPTS FOR VALUE AND RETURNS FOR SETTLEMENT DEFENDANTS ARPAIO AND PURCELL'S MOTION TO DISMISS Or, in the alternative, MOTION TO STRIKE, ACCORDING TO THE TERMS AND CONDITIONS OF THE FOLLOWING CONTRACT |

Plaintiff Marshall Home Accepts for Value and Returns For Settlement Defendants Arpaio and Purcell's Motion To Dismiss, or in the alternative, MOTION TO SRIKE, according to the following terms and conditions of this contract.

On January 31, 2011, Plaintiff Marshall Home filed suit in U.S. District Court, Tucson, Arizona with a UCC Certified lien for damages in the amount of 3 Billion 8 Million Dollars for Deprivations of Federal Civil Rights Violations, inflicted against all Secured Party Creditors who have been denied access to their commercial and common law rights, secured by the Uniform Commercial Code. IN SETTLEMENT OF THE UNLAWFUL FORECLOSURE RECOVERY:

1

1. That 3 Billion 8 Million Dollars ($3,008,000,000.00) EXEMPTION CREDIT is to be traded to the Federal State of Arizona and the U.S. CORP. in Exchange for all that property held in the name of Federal National Mortgage Association and Federal Home Mortgage Corporation be turned over to Marshall E. Home and Margaret E. Broderick who are the registered owners of the Tradename Federal Home Mortgage Corporation and Federal National Mortgage Association, in Arizona and the California Secretary of State's Office, UCC Division, authorized with capacity and standing in law.

2. That all property held in the name of Recontrust N.A. be turned over to Margaret E. Broderick as the registered owner of that tradename for EXEMPTION CREDIT.

3. That Helen Purcell, Maricopa County Recorder be enjoined from filing further unsecured, inchoate, imaginary claims against the Title/Names of the Secured Party Creditors.

4. That all non-judicial foreclosures be halted until the lender proves up title and standing to Foreclose and delivery of the CUSIP BOND on the original loan application(s) into the impound of the Court.

5. That an accounting of all the proceeds of the CUSIP BOND be prepared and delivered to The Plaintiffs and the Court to perform an audit trail in tax recovery.

6. That the Arizona Superior Courts be enjoined from issuing Writs of Restitution on any Property until further order of this Court.

7. That the Plaintiffs receive any other relief that the Court deems just and reasonable to Settle this matter.

8. Accept For Value, Exempt From Levy. EXEMPTION ID: 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. Deposit to the Secretary of the Treasury and charge to MARSHALL E. HOME™. WITHOUT RECOURSE.

1. Accept For Value, Exempt From Levy. EXEMPTION ID: 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. Deposit to the Secretary of the Treasury and charge to MARGARET E. BRODERICK™. WITHOUT RECOURSE.

Respectfully submitted,
/s/ *Marshall E Home*
Marshall E. Home™, Holder In Due Course

/s/ *Margaret E Broderick*
Margaret E. Broderick™

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, I cause the foregoing document to be mailed first class mail to the clerk's office and to the defendants:

Erin E. Bymes
GRAIF, BARRETT & MATURA, P.C.
1850 North Central Ave. Suite 500
Phoenix, Arizona 85004

Office of the Attorney General
State of Arizona
177 N. Church, Suite 1105
Tucson, Arizona 85701

Office of the US Attorney
400 West Congress St.
Tucson, Arizona (85701)

By_____Marshall Home_____